UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

GIEUVOIS CADEJUSTE,

      Plaintiff,

v.                                  Case No. 3:17cv444-MCR-CJK

JIMMY COKER, et al.,

      Defendants.
_____/

## REPORT AND RECOMMENDATION

On July 10, 2017, the undersigned entered an order (doc. 3) noting plaintiff neither paid the $400.00 filing fee nor submitted a motion to proceed *in forma pauperis* upon filing his civil rights complaint. The undersigned advised plaintiff that his case could not proceed until he either paid the filing fee or established his indigence, directed the clerk to send plaintiff a complete set of forms needed for filing a motion to proceed *in forma pauperis*, and directed plaintiff to either file a completed motion to proceed *in forma pauperis* or pay the $400.00 filing fee within 30 days of the date of the order. The undersigned also advised plaintiff that failure to comply with the order would result in a recommendation that the case be dismissed

for failure to prosecute and/or failure to comply with an order of the court.

After more than 30 days passed and plaintiff had not complied with the order, the undersigned entered another order (doc. 4) directing plaintiff to show cause within 14 days why the matter should not be dismissed for failure to prosecute and/or failure to comply with an order of the court. More than 14 days have passed and plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute and/or failure to comply with an order of the court.

2. That the Clerk be directed to close the file.

At Pensacola, Florida this 29th day of August, 2017.

/s/ *Charles J. Kahn, Jr.*

**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No. 3:17cv444-MCR-CJK